**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cesar CABRERA, Defendant–Appellant.**

No. 13–15698

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 27, 2014.

Todd B. Grandy, Arthur Lee Bentley, III, Sara C. Sweeney, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Craig L. Crawford, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Adam Scott Tanenbaum, Office of the Solicitor General Office of the Attorney General, State of Florida, Tallahassee, FL, Cesar Cabrera, D. Ray James CF–Inmate Legal Mail, Folkston, GA, for Defendant–Appellant.

Before PRYOR, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

Craig L. Crawford, counsel for Cesar Cabrera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cabrera's conviction and sentence are **AFFIRMED.**